■ LAURALEE E. WIEPERT, Appellant, v DORENE A. MANCHESTER et al., Respondents. [748 NYS2d 103] —Appeal from a judgment of Supreme Court, Niagara County (Fricano, J.),

entered October 3, 2001, upon a jury verdict rendered in favor of defendants.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We reject plaintiff's contention that the verdict is against the weight of the evidence (see *Lolik v Big V Supermarkets*, 86 NY2d 744, 746; *Saggese v Madison Mut. Ins. Co.*, 294 AD2d 900). Plaintiff's version of the accident conflicted with that testified to by defendant Dorene A. Manchester and defendants' expert in accident reconstruction, and the jury was entitled to resolve issues of credibility against plaintiff (see *Anaya v County of Erie*, 288 AD2d 945, *lv denied* 97 NY2d 611; *Accurso v Forest City Enters.*, 273 AD2d 820, 820-821). Plaintiff's further contention that the cumulative effect of improper comments by defendants' attorney warrants reversal is not preserved for our review. Plaintiff failed to object to some of those allegedly improper comments and failed to seek curative instructions or a mistrial when her objections to others were sustained (see *Duran v Ardee Assoc.*, 290 AD2d 366; *Lind v City of New York*, 270 AD2d 315, 317; *Balsz v A & T Bus Co.*, 252 AD2d 458, 458-459). Present—Pine, J.P., Wisner, Hurlbutt, Scudder and Burns, JJ.